## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

ANDREW CHIEN,                                         NO. 3:07CV781 (MRK)

                Plaintiff,

-against-

SKYSTAR BIO PHARMACEUTICAL COMPANY,      JULY 10, 2008
SCOTT CRAMER, STEVE LOWE, and
DAVID WASSUNG,

                Defendants.

-----------------------------------------------------------------x

### MOTION TO WITHDRAW AS COUNSEL FOR
### PLAINTIFF PURSUANT TO LOCAL RULE 7 (e)

Movant herein, Kenneth A. Votre, hereby moves this honorable Court for an

order, pursuant to Local Rule 7(e), and Rules of Professional Conduct 1.16(b)(4);

and Rule 3.1 allowing him to withdraw his appearance for the plaintiff herein,

Andrew Chien.  The movant respectfully refers the Court to the declaration of

Kenneth A. Votre, filed contemporaneously herewith.  As is shown in the

declaration, good cause exists for the withdrawal of the undersigned's appearance

pursuant to the abovementioned rules.

                              THE MOVANT
                              KENNETH A. VOTRE

<u>/s/ Kenneth A. Votre</u>
Kenneth A. Votre, CT 05981
Votre & Associates, P.C.
201 Orange Street,
New Haven, CT 06510
203-498-0065
203-821-3595 (telecopier)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

ANDREW CHIEN,                                    NO. 3:07CV781 (MRK)

                  Plaintiff,

-against-

SKYSTAR BIO PHARMACEUTICAL COMPANY,
SCOTT CRAMER, STEVE LOWE, and
DAVID WASSUNG

                  Defendants.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that on July 10, 2008, a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's

electronic filing system or by mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing.  Parties may access this filing through

the Court's CM/ECF System.

       I further certify that a copy of the foregoing was mailed, certified mail, return

receipt requested to:

      ANDREW CHIEN
      665 Ellsworth Avenue
      New Haven, CT 06511

THE MOVANT

By /s/ Kenneth A. Votre
    Kenneth A. Votre (ct05981)
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel. (203) 498-0065
    Fax (203) 821-3595