UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

ANDREW CHIEN,                                              NO. 3:07CV781 (MRK)

          Plaintiff,

-against-

SKYSTAR BIO PHARMACEUTICAL COMPANY,     JULY 10, 2008
SCOTT CRAMER, STEVE LOWE, and
DAVID WASSUNG,

          Defendants.

-----------------------------------------------------------------x

**DECLARATION OF KENNETH A. VOTRE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF PURSUANT TO LOCAL RULE 7 (e)**

STATE OF CONNECTICUT

COUNTY OF NEW HAVEN

    Kenneth A. Votre, being duly sworn, deposes and says:

    1. I am over the age of eighteen years and believe in the obligations of a oath.

    2. I am an attorney admitted to practice before this Court.

    3. I am the attorney for the plaintiff Andrew Chien.  As such I am fully familiar with the facts and circumstances of this case, and the proceedings had heretofore.  I make this declaration in support of my motion to withdraw as counsel for the plaintiff herein, Andrew Chien.

4. Pursuant to Rule of Professional Responsibility 1.16(a) the plaintiff has indicated his desire to discharge counsel, and further, has asked the undersigned to pursue a strategy with which the undersigned has a fundamental disagreement.

5. The undersigned's continued representation of the plaintiff will likely result in the violation of one or more of the Rules of Professional Responsibility, including Rules 3.1, 1.16, and 2.1.

6. My relationship with the plaintiff has broken down in such a manner that the undersigned cannot represent him without violations of my ethical and legal obligations.

7. The plaintiff has informed me that he wishes to discharge me from representing him in this action.

8. The plaintiff has informed me that he wishes to prosecute the action as a pro se plaintiff.

9. For the foregoing reasons, I believe that good cause exists for the Court to allow my withdrawal.

10. I am providing copies of my motion and this declaration to Mr. Chien by certified mail, today.

FURTHER DECLARANT SAYETH NOT

                                      THE MOVANT
                                      KENNETH A. VOTRE

        /s/ Kenneth A. Votre
        Kenneth A. Votre, CT 05981
        Votre & Associates, P.C.
        201 Orange Street,
        New Haven, CT 06510
        203-498-0065
        203-821-3595 (telecopier)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

ANDREW CHIEN,                                             NO. 3:07CV781 (MRK)

              Plaintiff,

-against-

SKYSTAR BIO PHARMACEUTICAL COMPANY,
SCOTT CRAMER, STEVE LOWE, and
DAVID WASSUNG

              Defendants.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      I further certify that a copy of the foregoing was mailed, certified mail, return receipt requested to:

    ANDREW CHIEN
    665 Ellsworth Avenue
    New Haven, CT 06511

        THE MOVANT

By <u>/s/ Kenneth A. Votre</u>
    Kenneth A. Votre (ct05981)
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel. (203) 498-0065
    Fax (203) 821-3595